In the Matter of the Application of RALPH H. CRASWELL and Others, Petitioners, Respondents, for an Order Pursuant to Article 78 of the Civil Practice Act against WILLIAM F. CAREY, as Commissioner of Sanitation of the City of New York, and Others, Appellants.— Order unanimously modified by providing that the priority herein granted shall not extend to the filling of vacancies in the position of electric bridge crane operator, and as so modified affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

INTAGLIO SERVICE CORPORATION, Respondent, v. THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— Order unanimously modified by denying the motion as to all items except items 2, 6, 7, 8, 9, 10 and 12, and the matters specified in items 1, 3, 4, 5, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23 and 24 of the demand should be granted, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Bill of particulars to be served within ten days after service of a copy of the order to be entered hereon. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CATHERINE MORIARTY, as Administratrix, etc., of MAURICE MORIARTY, Deceased, Appellant, v. S. ROBERT ELTON, INC., Defendant, Impleaded with JESSIE J. GOLDBERG, HERBERT J. B. WILLIS and PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Individually and as Executrix and Executors of and Trustees under the Last Will and Testament of HARRY M. GOLDBERG, Deceased, Respondents.— Order unanimously modified by striking therefrom amendments 5 and 8 as allowed, by disallowing amendment 8 and granting amendment 5 to the extent of directing that only such portion of the minutes as relates to the issue of negligence should be printed as transcribed by the official stenographer in question and answer form up to the dismissal of plaintiff's case against defendants-respondents, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES H. STUBACK V. SAM SUSSMAN, AARON RITTER and DANIEL RIFKIN, Doing Business under the Firm Name of EQUITY AUTO ADVANCE Co. and PACIFIC FINANCE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

COLONIAL TRUST COMPANY, as Successor Trustee under a Certain Trust Indenture Made by MADISON AVENUE OFFICES, INC., Dated January 15, 1920, v. 342 MADISON AVENUE CORPORATION and ANAHMA REALTY CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 902.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MARION STEELE, Sometimes Known as MARION DALTON, v. COLIN G. STEELE, Also Known as GILMAN COLIN STEELE.—Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See ante, p. 809.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.